United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

MANUEL TORRES REYES,                   §
                                       §
        Petitioner,                    §
                                       §    CIVIL ACTION NO. H-26-2519
vs.                                    §
                                       §
WARDEN, Joe Corley Processing          §
Center, *et al.*,                      §
                                       §
        Respondents.                   §
                                       §

**MEMORANDUM ON DISMISSAL**

The petitioner, Manuel Torres Reyes, has filed a Motion to Withdraw Habeas Petition as Moot, asking that this matter be dismissed without prejudice as moot because an immigration judge has granted the petitioner voluntary departure. (Docket Entry No. 11). The motion (Docket Entry No. 11) is **granted** and this case is **dismissed without prejudice**. Any pending motions are **denied as moot**.

SIGNED on May 14, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge