United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MANUEL TORRES REYES, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-2519 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

### ORDER OF DISMISSAL

For the reasons set out in this court's Memorandum on Dismissal entered this date, this civil action is dismissed without prejudice.

SIGNED on May 14, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge